No. 92–7367. Nelson *v.* Forman, 507 U. S. 977. Motion for leave to file petition for rehearing denied. Justice Ginsburg took no part in the consideration or decision of this motion.

No. 92–8543. Kleinschmidt *v.* United States Fidelity & Guaranty Insurance Co. et al., *ante*, p. 928. Motion for clarification denied. Petition for rehearing denied. Justice Ginsburg took no part in the consideration or decision of this motion and this petition.

AUGUST 30, 1993

No. A–195 (O. T. 1993). DeShields *v.* Snyder, Warden. Application for stay of execution of sentence of death, presented to Justice Souter, and by him referred to the Court, denied. Justice Ginsburg took no part in the consideration or decision of this application.

No. 93–5756 (A–196). Wilkerson *v.* Texas. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied. Justice Ginsburg took no part in the consideration or decision of this application and this petition.